(March 16, 1992)

■ In the Matter of GEORGE E. DOUGHERTY, JR., an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—Per Curiam. Respondent, who was admitted to the practice of law by this court in 1955 and who maintained an office for the practice of law in Hoosick Falls, Rensselaer County, has tendered his resignation as an attorney and counselor-at-law in accordance with section 806.8 of this court's rules (22 NYCRR 806.8).

In the affidavit required by section 806.8, respondent states that he does not contest allegations in an inquiry letter he received from petitioner, the Committee on Professional Standards, that he converted $22,682.14 from the estate of Watson O. White, which estate was in administration in Rensselaer County Surrogate's Court. Respondent acknowledges that his failure to contest the allegations precludes him from asserting his innocence of the professional misconduct alleged. Also, as requested by petitioner, respondent consents to entry by this court of an order of monetary restitution and reimbursement in accordance with Judiciary Law § 90 (6-a) (e).

We accept respondent's resignation and he is disbarred, effective immediately (22 NYCRR 806.8 [b]; *see, Matter of Cooper,* 168 AD2d 695). The order of disbarment shall require respondent to make monetary restitution and/or reimburse the Lawyers' Fund for Client Protection in accordance with Judiciary Law § 90 (6-a) (e).

Weiss, P. J., Mikoll, Yesawich Jr., Levine and Mercure, JJ., concur. Ordered that respondent's resignation is accepted; and it is further ordered that, effective immediately, George E. Dougherty, Jr., be and hereby is disbarred, and his name is stricken from the roll of attorneys and counselors-at-law; and it is further ordered that respondent is directed to make monetary restitution in the amount of $22,682.14 to the person or persons whose moneys he willfully misappropriated or misapplied and is directed to reimburse the Lawyers' Fund for Client Protection for any awards made to such person or persons; and it is further ordered that respondent be and hereby is commanded to desist and refrain from the practice of law in any form either as principal or agent, or as clerk or employee of another; and he hereby is forbidden to appear as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority or to give to another any opinion as to the law or its application, or any advice with relation thereto; and it is further ordered that

respondent shall comply with the provisions of section 806.9 of the rules of this court regulating the conduct of disbarred, suspended or resigned attorneys, a copy of which section is attached hereto.